UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-1914 ODW (FFMx) | Date | March 17, 2010 |
|---|---|---|---|
| Title | Tommy Hilfiger Licensing, LLC v. MHM Acquisitions, LLC | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (IN CHAMBERS):**   **Order to Show Cause Re: Subject Matter Jurisdiction**

The Court is in receipt of Plaintiff's Motion For An Assignment Order, which is based on California Code of Civil Procedure section 708.510.  Before the matter is set for hearing, the Court must assure itself of subject matter jurisdiction.  Accordingly, Plaintiff shall provide the bases for the Court's power to adjudicate this matter no later than **March 24, 2010.**

**IT IS SO ORDERED.**

-- : 00
Initials of Preparer   RGN