# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1914 ODW(FFMx) | Date | June 14, 2010 |
|---|---|---|---|
| Title | Tommy Hilfiger Licensing, LLC v. MHH Acquisitions, LLC | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause re Case Settlement**; **Order Vacating Status Conference**

The Court is in receipt of the Stipulation Re Status Conference Hearing [21] filed June 11, 2010, which indicates that a settlement has reached in principle by the parties. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, July 19, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal

The Status Conference set for June 14, 2010 at 1:30 p.m. is hereby VACATED.

IT IS SO ORDERED.

 :   00

Initials of Preparer   RGN